No. 91–966. MICHIGAN *v.* MASON. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1148. SOUTH CAROLINA *v.* MANNING. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–995. DEL TUFO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* IVY CLUB. C. A. 3d Cir. Motion of Tiger Inn for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 91–1072. UTAH *v.* SAMPSON. Ct. App. Utah. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1109. CAMOSCIO *v.* ROUSE, JUDGE. Sup. Jud. Ct. Mass. Motion of petitioner for an order to direct respondent to correct the court docket denied. Certiorari denied.

No. 91–1117. SOUTHWESTERN BELL TELEPHONE CO. *v.* LANGSTON ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1166. PHONETELE, INC. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.